### 2055. WELSH *v.* THE STATE.

HILL, C. J. No error of law appears, and there is some evidence to support the verdict. *Judgment affirmed.*

RUSSELL, J., dissenting. The venue is not proved as required by the rulings of the Supreme Court. The case, upon this point, is practically identical with *Gosha* v. *State,* 56 *Ga.* 36.

Petition for certiorari, from Putnam superior court—Judge Lewis. June 26, 1909.

Submitted October 5,—Decided October 13, 1909.

In Putnam county court Howard Welch was convicted of gaming. He excepted to the refusal of his petition for certiorari, in which it was alleged that the conviction was. contrary to law and without evidence to support it. The testimony for the State, so far as material, was as follows: Flagg Butts testified, "On the first Sunday in July, year before last, at Texas Church, Handy Latimer and I went down in the bottom, to see if any one was gaming down there. . . We went down the path. . . I went under the limbs of the tree, and Humphries Brown and Howard Welch and George Wells and Lonzer Jefferson were there. . . There were cards on the ground. They were all standing up. Humphries Brown picked up a dime or fifteen cents, and Howard Welch picked up a nickel." Handy Latimer testified, "Flagg Butts and I, that Sunday, . . left the church and went down there (in the bottom) ; we went down the path. . . I did not see Howard Welch there; I saw John Lace, Humphries Brown, George Wells, and Lonzer Jefferson. . . Flagg went straight in to them, and I went round the limbs of the tree. It was down in the bottom in the woods, and about a quarter of a mile from the church. It was Texas Church; it's in Putnam county." Humphries Brown testified, for the defense, that he "was down in the bottom on that Sunday at Texas Church" when Flagg Butts and Handy Latimer came down there; that Howard Welch was not there, and that those present were not playing cards.

*W. T. Davidson,* for plaintiff in error.

*J. E. Pottle, solicitor-general, S. T. Wingfield,* contra.